PROB 22
(SCP Rev. 3/13)

DOCKET NUMBER (Tran. Court)
3:16CR00594-004

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kenninston, Tamieka | South Carolina | Columbia |

NAME OF SENTENCING JUDGE

The Honorable Mary Geiger Lewis

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM June 16, 2017 | TO June 15, 2019 |
|---|---|---|

**OFFENSE**
Conspiracy to Falsely Alter Money Orders Issued Under the Direction of The Postal Service, in violation of 18 U.S.C §§ 371 and 500.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ South Carolina

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Middle District of Pennsylvania _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-4-18
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Middle _____ DISTRICT OF _____ Pennsylvania _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-1-18
Effective Date

United States District Judge